Dear Ms Lusks                                    10-18-15

     I would like to know if you have copies of my Jury Instruction & the Jury Voir Dire, how many pages, & the cost.

CASE # 12-03-00398-CR
Trial Court Case # C-11,463


                              Thank you
                              Jeannie Voisin

                              Floy Jean Voisin
                              # 1193523
                              1401 State School Rd.
                              Gatesville TX 76599


REC'D IN COURT OF APPEALS
12th Court of Appeals District
OCT 21 2015
TYLER TEXAS
PAM ESTES, CLERK